**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SEAD BEKRIC,

    Plaintiff,

v.                                         Case No. 8:11-cv-1496-T-30AEP

MSQUARE TRANSPORT, LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Notice of Settlement and Joint Stipulation of Dismissal With Prejudice (Dkt. #19). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear their own attorney's fees and expenses, except as provided for in the settlement agreement between the parties.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 5, 2012.

                                                JAMES S. MOODY, JR.
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1496.dismiss 19.wpd